ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Creditor*
*BAC Home Loans Servicing, LP, a*
*subsidiary of Bank of America, N.A.,*
*formerly known as Countrywide Home*
*Loans Servicing, L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHARON SIMON; SHANNON SIMON; CHAD PRICE; CAROLYN RUSSELL; NATHAN RIVERO; JOHNNY MIZE; JAMES SILVESTRI; MAT WEST; CHRISTINE WEST; ED MIZE; DAVID KALLAO; JASON ZIGA; JUSTIN SAWYER; JULIE JURKOFSKY; SHERRIE SHUTT; TOMMY MUCKLOW; DANE KEISER; ROBERT YOUNG; JOSEPH PLEICHNER; BRENDA O'SULLIVAN; MICHAEL PUGLIESE; RONALD TAYLOR; BEVERLY FREDAK; and RONALD BUCCANERO,<br><br>                Defendants. | Case No.: 2:06-cr-0210-LDG (LRL)<br><br>**SUBSTITUTION OF COUNSEL** |

///
///
///
///
///
///

{LV015767;1}

1

1  Creditor BAC Home Loans Servicing, L.P., formerly known as Countrywide Home Loans
2  Servicing, L.P., consent to the substitution of the law firm of AKERMAN SENTERFITT LLP in place
3  and stead of the law firm of MCCARTHY & HOLTHUS, LLP.
4  DATED this 5th day of ~~December, 2010.~~ January, 2011

BAC HOME LOANS SERVICING, LP

By: *Sheila M. Whitaker*

Its: *Litigation Specialist*

9  KRISTIN SCHULER-HINTZ, ESQ., of the law firm of MCCARTHY & HOLTHUS, LLP,
10  consent to the substitution of ARIEL E. STERN, ESQ., and STEVEN G. SHEVORSKI, ESQ., of the
11  law firm of AKERMAN SENTERFITT LLP in their place and stead on behalf of Creditor BAC Home
12  Loans Servicing, L.P., formerly known as Countrywide Home Loans Servicing, L.P., in the above-
13  entitled matter.
14  DATED this 30 day of December, 2010.

MCCARTHY & HOLTHUS LLP

KRISTIN SCHULER-HINTZ, ESQ.
Nevada Bar No. 7171
811 South Sixth Street
Las Vegas, Nevada 89101

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

{LV015767;1}

2

1    ARIEL E. STERN, ESQ., and STEVEN G. SHEVORSKI, ESQ., of the law firm of
2  AKERMAN SENTERFITT LLP hereby consent to their substitution as counsel for Creditor BAC Home
3  Loans Servicing, L.P., formerly known as Countrywide Home Loans Servicing, L.P., in the place
4  and stead of KRISTIN SCHULER-HINTZ, ESQ., of the law firm of MCCARTHY & HOLTHUS, LLP.
5    DATED this 5th day of January, 2011.

AKERMAN SENTERFITT LLP

/s/ Ariel Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

Please check one:  XX  RETAINED or ___ APPOINTED BY THE COURT.

APPROVED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 1-12-11

{LV015767;1}                      3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 5th day of December, 2011 and FRCP 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **Substitution of Counsel**, postage prepaid and addressed to:

SHARI L. KAUFMAN, ESQ.
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, Nevada  89101

*Attorneys for Defendant*

KRISTIN SCHULER-HINTZ, ESQ.
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, Nevada 89101
Facsimile: 866-339-5691

GARY L. COMPTON, ESQ.
2950 E. Flamingo Rd., Ste. L
Las Vegas, Nevada  89121

*Attorneys for Interested Party*
*Nevada Federal Credit Union*

RICHARD M BARNETT, ESQ.
Richard M. Barnett, Attorney at Law
105 West F Street, 4th Floor
San Diego, California  92101

*Attorneys for Interested Parties*
*Debbie Simon and Sammy Simon*

LAURA REHFELDT, ESQ.
Clark County District Attorney's Office Civil Division
500 S. Grand Central Pkwy 5th Flr.
P.O. Box 552215
Las Vegas, NV 89155-2215

*Attorneys for Interested Party*
*Clark County*

KIMBERLY M FRAYN, ESQ.
CARLOS A. GONZALEZ, ESQ.
DANIEL D. HOLLINGSWORTH, ESQ.
U.S. Attorney's Office
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada  89101

*Attorneys for Plaintiff*
*United States of America*

/s/ Stacy Warner
An employee of AKERMAN SENTERFITT LLP

{LV015767;1}

4