UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



UNITED STATES OF AMERICA,  )
                                            )  2:06-CR-210-LDG-LRL
      Plaintiff,                )
                                            )
vs.                                       )
                                            )
SHARON SIMON                   )
                                            )
      Defendant.           )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#969) on January 9, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| Payee | Amount |
|---|---|
| ALBERTSONS | 2,744.22 |
| ANNAS LINENS | 1,110.60 |
| APPLE COMPUTER | 2,789.84 |
| AUTOZONE | 146.09 |
| BEN BRIDGE JEWLER | 6,987.50 |
| BEST BUY | 161.58 |
| BRAKE TEAM | 489.70 |
| CERETGY | 494,983.25 |
| CHECKER AUTO PARTS | 161.50 |
| CINGULAR | 921.86 |
| CIRCUIT CITY | 59.84 |

| | |
|---|---:|
| CITIGROUP INVESTIGATIVE SERVICES | 362,272.70 |
| COST PLUS | 70.51 |
| COSTCO | 2,042.49 |
| CVS | 1,085.85 |
| DILLARDS | 333.46 |
| DISNEY STORE | 811.39 |
| FOOTHILL RANCH RESTAURANT CASINO | 100.00 |
| FRIEDMAN JE | 163.67 |
| GAME CRAZY | 311.73 |
| HAIR COLOR EXPERTS | 60.00 |
| HOME DEPOT | 146,397.87 |
| HOME GOODS | 500.00 |
| JARED JEWELERS | 3,778.63 |
| JEWEL OSCO | 250.00 |
| JOHN HAWKEN | 9,000.00 |
| JOS A BANK CLOTHIERS | 356.90 |
| KAY JEWELERS | 2,466.48 |
| KIRKLANDS | 451.47 |
| KMART | 2,831.97 |
| LINENS & THINGS | 1,256.54 |
| LONGS DRUGSTORE | 373.64 |
| LOWES HOME IMPROVEMENT | 212,892.41 |
| MACYS | 149.66 |
| MARSHALLS | 412.95 |
| MURRAYS DISCOUNT AUTO | 300.00 |
| OFFICE DEPOT | 8,464.12 |
| OFFICE MAX | 1,532.42 |
| PET CENTRAL | 1,298.58 |
| PETSMART | 3,705.04 |
| PICTURE PERFECT | 68.97 |
| PIZZA HUT | 85.00 |
| POTTERY BARN | 4,000.00 |
| RADIOSHACK LOSS PREVENTION SERVICE | 4,187.20 |
| SALLYS BEAUTY SUPPLY | 128.97 |
| SAMS CLUB | 124,813.82 |
| SAV ON | 777.53 |
| SEARS | 2,784.15 |
| SILVER STATE SCHOOLS CREDIT UNION | 23,588.80 |
| SPORTS AUTHORITY | 108.23 |

| | |
|---|---:|
| SPRINT | 1,983.29 |
| TARGET STORE | 2,695.48 |
| THE MENS WAREHOUSE | 874.93 |
| TJ MAXX | 704.74 |
| TOYS R US | 339.86 |
| ULTIMATE ELECTRONICS | 2,225.19 |
| ULTRA COSMETICS | 13,625.27 |
| UNKNOWN VICTIMS | 386,198.10 |
| WALGREENS | 2,455.69 |
| WALMART | 137,185.06 |
| WILLIAMS SONOMA | 8,098.66 |
| WINDSOR FASHIONS | 92.52 |
| ZALES JEWELERS | 2,538.08 |

**Total Amount of Restitution ordered:** $1,993,786.00**
**Joint and Several with co-defendants

Dated this ___14___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

3